IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN T. ANDREWS,  )  )  Plaintiff,  )  )  v.  )  )  NANCY A. BERRYHILL,  )  Acting Commissioner of Social Security,  )  )  Defendant.  ) | CASE NO. 2:16cv221-SRW |

### **ORDER**

This matter is before the court on plaintiff's unopposed motion for an award of attorney's fees and costs (Doc. 17) pursuant to the Equal Access to Justice Act (EAJA). Upon consideration, and for good cause, it is hereby

ORDERED that the motion for attorney's fees (Doc. 17) is GRANTED. Plaintiff is awarded attorney's fees and costs under the EAJA in the total amount of $2,338.16. The attorney's fees will be paid directly to plaintiff and sent to the business address of plaintiff's counsel.[1] Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that plaintiff owes no qualifying, pre-existing debt to the Government. If such a debt exits, the Government will reduce the awarded attorney's fees in this Order to the extent necessary to satisfy such debt.

---

[1] The fee is awarded directly to plaintiff as the prevailing party in this litigation, and not to plaintiff's counsel. *See Astrue v. Ratcliff*, 560 U.S. 586, 589 (2010); *Reeves v. Astrue*, 526 F.3d 732 (11th Cir. 2008).

1

DONE, on this the 22nd day of December, 2017.

                                                /s/ Susan Russ Walker
                                                Susan Russ Walker
                                                United States Magistrate Judge